**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Whaleco Incorporated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Temu-dl.com, et al.,<br><br>　　　　　　Defendants. | No. CV-23-02606-PHX-DWL<br><br>**ORDER** |

  On December 15, 2023, the Court granted Plaintiff's *ex parte* motion for a temporary restraining order ("TRO") in significant part and set a preliminary injunction ("PI") hearing for December 29, 2023. (Doc. 13, 14.) At Plaintiff's request, the Court later issued an order extending the TRO for 14 days and resetting the PI hearing for January 11, 2023. (Doc. 18.) The Court also set a deadline of January 4, 2023, for Defendant to appear and file an opposition to Plaintiff's PI request. (*Id.*)

  That deadline has now expired, yet Defendant has not appeared or filed the required opposition. Under LRCiv 7.2(i), this means the Court may treat the PI motion as unopposed and summarily grant it on that basis. *See, e.g., Whaleco Incorporated v. dltemuapp.com*, 2023 WL 7413670, *4 (D. Ariz. 2023) ("If Defendants do not respond to the Motion for a TRO/Preliminary Injunction or fail to appear at the above-scheduled [preliminary injunction] hearing, the Court will deem such failure as consent to granting the motion, see LRCiv 7.2(i)."); *Henderson v. Chase Home Finance*, LLC, 2010 WL 1962530, *6 (D. Ariz. 2010) ("[B]ecause there is not a timely response in opposition to

Plaintiffs' motion for preliminary injunction, the Court finds such a failure as consent to the granting of the motion under LRCiv. 7.2(i).").

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for a preliminary injunction (Doc. 5) is **granted** to the extent it seeks the same relief set forth in the TRO.

**IT IS FURTHER ORDERED** that the TRO (Doc. 14) is converted to a preliminary injunction and shall remain in effect during the pendency of this case, unless otherwise ordered.

**IT IS FURTHER ORDERED** that the preliminary injunction hearing set for January 11, 2023 is **vacated**.

Dated this 10th day of January, 2024.

Dominic W. Lanza
United States District Judge